# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 18, 2019

## NO. 03-17-00102-CV

**Martha Contreras, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
VACATED AND REMANDED ON JOINT MOTION --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on January 9, 2017. The parties have filed a joint motion to remand to the agency, and having considered the motion, the Court agrees that the motion should be granted in part. Therefore, the Court grants the motion in part, vacates the judgment without regard to the merits, and remands the case back to the agency. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.